Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
Johnny Darriel Weeks                          § Case No. 06-70295-HDH-13
AND                                           § Chapter 13
Patricia Sue Weeks                            §
  Debtor(s)                         §

MOTION FOR DISCHARGE OF DEBTOR(S) UNDER SECTION 1328 (b)

The debtor(s), by his/her attorney, represents and state as follows:

1. That the debtor(s) will be unable to complete the payments required of them under the Chapter 13 plan due to circumstances for which they should not justly be held accountable.

2. Debtor, Johnny Weeks, passed away October 26, 2009. Joint Debtor, Patricia Weeks will no longer have the income to support a plan payment.

3. A modification of the Chapter 13 plan is not possible because the joint debtor, Patricia Weeks cannot afford to make a plan payment since the death of her husband.

4. The value of the property actually distributed under the debtors' Chapter 13 plan on the account of each allowed unsecured claim is greater than the amount that would have been distributed to the holders of such claims had the estates of the debtors been liquidated under Chapter 7 of the Bankruptcy Code.

WHEREFORE, the debtors move this honorable Court to enter an order granting the debtors a discharge under section 1328(b) of the Bankruptcy Code.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

IMPORTANT NOTICE

PURSUANT TO LOCAL BANKRUPTCY RULE 9007, YOU ARE HEREBY NOTIFIED
THAT NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN
RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY
COURT ON OR BEFORE TWENTY(20) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON
COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.
IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE TO (1) THE DEBTOR
AND DEBTOR'S ATTORNEY; (2) THE OFFICE OF THE U.S. TRUSTEE; (3)ANY TRUSTEE AND
THE TRUSTEE'S ATTORNEY; (4) THE MEMBERS OF ANY OFFICIAL COMMITTEE, OR THE
ATTORNEY FOR ANY OFFICIAL COMMITTEE IF AN ATTORNEY HAS BEEN EMPLOYED; OR,
IF THERE IS NO COMMITTEE, THE TWENTY (20) LARGEST UNSECURED CREDITORS; (5)
ANY PARTY REQUESTING NOTICE; (6) ANY PARTY NAMED ON A COURT-APPROVED
ALTERNATIVE SERVICE LIST; (7) THE RESPONDING PARTIES; AND (8) ANY OTHER
AFFECTED ENTITY.

IF NO HEARING ON SUCH NOTICE OR MOTION INITIATING A CONTESTED MATTER IS
TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED,
AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE
NOTICED ACTION MAY BE TAKEN.

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that he or she has on the date shown below, by
ECF and/or first class mail, transmitted a true copy of this document to all parties on the mailing
matrix.

Dated: December 17, 2009

/s/Monte J. White

Label Matrix for local noticing
0539-7
Case 06-70295-hdh13
Northern District of Texas
Wichita Falls
Tue Dec 15 15:59:46 CST 2009

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
CO Tsys Debt Management
Po Box 5155
Norcross, GA 30091-5155

Citgo Oil-citibank
PO Box 689095
Des Moines, IA 50368-9095

DISCOVER BANK-DISCOVER FINANCIAL SERVICES
PO BOX 3025
NEW ALBANY OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

First Card
2500 Westfield Dr Mail Suite 6237
Elgin, IL 60124-7836

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75242-1001

JC Penney
PO Box 981131
El Paso, TX 79998-1131

LVNV Funding LLC its successors and assigns
assignee of Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541-1067

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541-1067

United Revenue Corp-Titanium Em Gr
204 Billings St Ste 120
Arlington, TX 76010-2495

WICHITA FALLS CITY, ISD & WICHITA COUNTY
CO PERDUE BRANDON FIELDER COLLINS & MOT
PO BOX 8188
WICHITA FALLS TX 76307-8188

Wichita County Tax Assessor-Collector
CO Perdue Brandon & Fielder
PO Box 8188
Wichita Falls, TX 76307-8188

eCAST Settlement Corporation assignee of
GE Money Bank-JC Penney Consumer
POB 35480
Newark NJ 07193-5480

Johnny Darriel Weeks
4942 South Lake Park Dr.
Wichita Falls, TX 76302-4704

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, TX 76301-5009

Patricia Sue Weeks
4942 South Lake Park Dr.
Wichita Falls, TX 76302-4704

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services
PO Box 8003
Hillard, OH 43206

End of Label Matrix
Mailable recipients    21
Bypassed recipients     0
Total                  21